IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAN W. ROEDER, | : | No.: 4:18-CV-00376 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| ADAMS AND ASSOCIATES, INC, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 26th day of September 2018, in light of Mediator Joseph A. Barrett's report to the Court indicating that the matter has settled, ECF No. 15, **IT IS HEREBY ORDERED** that this action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge